**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-7833**

———————

LUKE AMMON PREACHER,

              Petitioner - Appellant,

        v.

ERIC H. HOLDER, JR., Attorney General; LORETTA LYNCH, Attorney
General,

              Respondents - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge.  (5:15-hc-02073-BO)

———————

Submitted:  March 29, 2016            Decided:  April 1, 2016

———————

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Luke Ammon Preacher, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luke Ammon Preacher appeals from the district court's order denying his petition for a writ of mandamus in which he challenged his civil commitment. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. Preacher v. Holder, No. 5:15-hc-02073-BO (E.D.N.C. Nov. 3, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED